

**ORDERED in the Southern District of Florida on December 13, 2017.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

PAMELA ZENA WHITE             CASE NO.    17-20610-RAM

    Debtor.                           CHAPTER    13
_____/

### ORDER GRANTING MOTION
### FOR RELIEF FROM AUTOMATIC STAY

THIS CASE came before the Court for consideration on December 12, 2017 at 9:00 AM, on the Motion for Relief from Automatic Stay ("Motion") [Document No. 26] filed by Toyota Motor Credit Corporation ("Movant"). Having considered the Motion

and for the reasons stated on the record in open Court, the Court finds the Motion should be granted. Accordingly it is,

ORDERED:

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following personal property:

**2015 LEXUS ES 350**
**VIN:JTHBK1GG8F2197149 ("Collateral")**

3. The automatic stay is modified for the sole purpose of allowing Movant to Complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

###

Attorney Austin M. Noel is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

**Submitted by:**
Austin M. Noel
McCalla Raymer Leibert Pierce, LLC
4300 W. Cypress Street, Suite 160
Tampa, FL 33607

**Copies furnished to:**

Pamela Zena White
1101 NW 60th Street
Miami, FL 33127


Elias Leonard Dsouza
111 N Pine Island Rd #205
Plantation, FL 33324

Nancy K Neidich
POB 279806
Miramar, FL 33027

US Trustee
51 S.W. 1St Ave
Suite 1204
Miami, FL 33130