**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                        CASE NO.: 17-20610-RAM

PAMELA ZENA WHITE                             CHAPTER 13

     Debtor.

_____/

**UNITED STATES OF AMERICA'S RESPONSE**
**TO DEBTOR'S OBJECTION TO CLAIM**

The United States of America, by and through the undersigned Assistant United States Attorney, on behalf of the Internal Revenue Service (the "IRS"), responds to the Debtor's Objection to Proof of Claim 3 [D.E. 88] (the "Objection") and in support thereof states as follows:

**FACTS**

1.      On August 22, 2017, Pamela Zena White (the "Debtor") filed a voluntary petition for relief under Chapter 13 on the Bankruptcy Code.

2.      On February 14, 2018, the IRS filed Proof of Claim 3-2 (the "Claim") setting forth an unsecured priority claim of $0.00 and an unsecured general claim of $5,953.72.

3.      On June 27, 2018, the IRS filed an amended Proof of Claim 3-3 (the "Amended Claim") setting forth an unsecured priority claim of $1,666.17 and an unsecured general claim of $6,343.22.

4.      On July 27, 2018, the Debtor filed an Objection to the Claim (the "Objection") [D.E. 88], which asserts that the Debtor does not owe taxes for the tax year 2015.

5.      The issue, however, is that the IRS' records reflect that the Debtor filed a delinquent 2015 tax return on February 18, 2018.  Per Debtor's 2015 tax return, a refund would have been

received in the amount of $1,801.00.  Upon processing the return, a math error was detected.  The

IRS did not allow the Earned Income Credit because the Schedule EIC was incomplete or not

attached.  The qualification requirements for a qualifying child is:  1) residency – a child must live

with a taxpayer for more than one year; and,  2) a child must be under 19 at the end of the year or

under 24 and a full time student or permanently disabled.  Per Debtor's 2015 tax return, the date

of birth of the qualifying child is September 6, 1980 (35 years of age).  Per Schedule J of the

petition, Debtor does not have any dependents.  The IRS sent Notice CP011 (Math Error, Balance

Due Notice) on June 18, 2018 with a liability of $2,128.98.  Per the notice, the Debtor was asked

to call the IRS to discuss.  As of today's date, the IRS has not received a call from the Debtor.

6.      Accordingly, the Claim should be allowed as filed and the Debtor's Objection
should be overruled.

WHEREFORE, the United States requests that the Debtor's objection be overruled.

Respectfully submitted,

**BENJAMIN G. GREENBERG**
**UNITED STATES ATTORNEY**

By: *s/Matthew J. Feeley*
        Matthew J. Feeley
        Assistant United States Attorney
        Florida Bar No. 12908
        E-mail: Matthew.Feeley@usdoj.gov
        United States Attorney's Office
        99 NE 4th Street, Suite 300
        Miami, Florida 33132
        Tel: (305) 961-9235
        Fax: (305) 530-7139
        *Counsel for United States of America*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

## VIA CM/ECF:

**17-20610-RAM Notice will be electronically mailed to:**

Elias Leonard Dsouza    dtdlaw@aol.com,
chasity@dsouzalegal.com;ashlee@dsouzalegal.com;G21523@notify.cincompass.com;beatrisa@dsouzalegal.com;victoria@dsouzalegal.com;Johanna@dsouzalegal.com;lesley@dsouzalegal.com;3079219420@filings.docketbird.com

Diangleo S. Frazer    dfrazer@rasmonitor.com

April Harriott    aharriott@rasflaw.com, aharriott@rasflaw.com

Keith S. Labell    klabell@rasflaw.com, klabell@rasflaw.com

Nancy K. Neidich    e2c8f01@ch13miami.com, ecf2@ch13miami.com

Austin M. Noel    austin.noel@mccalla.com, flbkecf@mccalla.com

Office of the U.S. Trustee    USTPRegion21.MM.ECF@usdoj.gov

Christopher P. Salamone    csalamone@rasflaw.com, csalamone@rasflaw.com

*s/Matthew J. Feeley*
Matthew J. Feeley