UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                              CASE NO.: 17-20610-RAM
                                                                    CHAPTER 13

**Pamela Zena White,**

   **Debtor.**

_____/

**JOINT STIPULATION OF FACTS**

OCWEL LOAN SERVICING, ("Secured Creditor"), and Pamela Zena White ("Debtor"), together (the "Parties") by and through their respective undersigned counsel, jointly and respectfully files this Joint Stipulation of Facts in compliance with Order (1) Reserving Ruling on Objection to Claim; (2) Setting Status Conference; and (3) Continuing Confirmation Hearing (DE 118). Parties have stipulated to the following facts:

1. Debtor filed an Objection to Claim requesting Secured Creditor reduce its arrears amount by the amount held in Debtor's suspense account. (DE 65).

2. Secured Creditor acquired the loan on March 4, 2014. On that date, the principal balance was $108,644.32.

3. Secured Creditor has agreed to reduce the principal balance, as it was at the time of acquisition, by the amount held in suspense.

4. Secured Creditor will file an Amended Proof of Claim.

5. Debtor will file a Chapter 13 Plan that conforms to the Amended Proof of Claim.

Dated: December 3, 2018

Agreed and Submitted by:

| | |
|---|---|
| **/s/ *April Harriott*** | **/s/ *Elias Dsouza*** |
| April Harriott, Esq. | Elias Dsouza, Esq. |
| Florida Bar No. 37547 | Florida Bar No.: 399477 |
| 6409 Congress Ave., Suite 100 | 111 N. Pine Island Rd.. #205 |
| Boca Raton, FL 33487 | Plantation, FL 33324 |
| Telephone: (561) 241-6901 | Telephone: (954) 358-5911 |
| aharriott@rasflaw.com | dtdlaw@aol.com |
| ATTORNEY FOR SECURED CREDITOR | ATTORNEY FOR THE DEBTOR |
| | *Mr. Dsouza's electronic signature has been added with his specific authorization and permission. |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 3, 2018, I caused to be filed the foregoing through the CM/ECF system, which will cause a copy to be served electronically upon all parties who have appeared in this adversary proceeding and consented to such service, including Elias Dsouza, Esq., 111 N. Pine Island Rd., #205, Plantation, FL 33324.

**/s/ *April Harriott***

April Harriott, Attorney