## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI-DADE DIVISION
#### www.flsb.uscourts.gov

In re:

PAMELA ZENA WHITE,                                      Case No.: 17-20610-RAM
                                                        Chapter 13

               Debtor.

_____/

### OBJECTION TO CLAIM ON SHORTENED NOTICE
### AMENDED CLAIM # 7 OCWEN LOAN SERVICING, LLC.

### *IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

     *This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

     Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

     Debtor intends to payoff the amounts owed in the Amended Claim subject to the objections made here:

     A.  Debtor objects to paying interest on $20,292.96 as it would amount to paying interest on interest.

     B.  Debtor objects to the fees, costs due in the amount of $8,609.55 because the entire foreclosure case was frivolous. The foreclosure case was not necessary if Ocwen has either repaired the damage to the home or given the $85K credit which Ocwen has held in escrow since the fire accident.

     C.  Debtor disputes the amounts owed for escrow deficiency and does not believe interest should be paid on this amount.

     D.  Ocwen earned interest on the $85K they have held in escrow, and Debtor believes that interest should be credited towards the principal amount ($22,867.54) owed as per the amended claim.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: 02/27//2019                                                    .

LF-70

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the above Debtor's Objection to

Amended Claim of Ocwen Loan Servicing, LLC., was served on this **27<u>th</u>** day of February, 2019,

by **ECF only to all parties registered on the ECF system, and by U.S. Mail to:** Ocwen Loan

Servicing, LLC., Attn: Bankruptcy Department, P.O. Box 24605, WPB, Florida 33416-4605 &

Diangelo S. Frazer, Authorized agent for Secured Creditor, Robertson, Anschutz & Schnied,

P.L., 6409 Congress Ave # 100, Boca Raton, FL 33487.

 

                                                   **DCS LAW GROUP, P.A.**
                                                   8751 W. Broward Blvd
                                                   Suite 301
                                                 Plantation, Florida 33324
                                                 (954) 358-5911 (Telephone)
                                                 (954) 357-2267 (Facsimile)
                                                 www.DsouzaLegalGroup.com
                                                 Email: Dtdlaw@aol.com

By: <u>**/s/ Elias Leonard Dsouza**</u>
                                                 Elias Leonard Dsouza, Esq.
                                                 Florida Bar No. 399477