

**ORDERED in the Southern District of Florida on June 27, 2019.**

    **Robert A. Mark, Judge**
    **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 17-20610-RAM |
| | CHAPTER 13 |
| PAMELA ZENA WHITE, | |
| Debtor. | |

**ORDER SUSTAINING IN PART**
**OBJECTION TO AMENDED OCWEN CLAIM**

The Court conducted an evidentiary hearing on June 26, 2019, on the Debtor's Objection to Amended Claim #7 of Ocwen Loan Servicing, LLC (the "Claim Objection") [DE# 140]. Based upon the explanation of interest charges provided at the hearing, the only

remaining objection was to the $8,609.55 in fees and costs included in the total debt stated in Part 2 of the Amended Claim [Claim 7-2, p. 4].  At the hearing, the parties agreed to settle this dispute with Ocwen agreeing to reduce the fees and costs by $4,305, a 50% discount, resulting in the total debt on the petition date being reduced to $75,689.88.

Based upon the foregoing, it is –

**ORDERED** upon the foregoing, it is –

1. The Claim Objection is sustained in part and the total debt owed to Ocwen on the petition date is $75,689.88, consisting of 22,867.54 in principal, $20,292.96 in interest, an escrow deficiency of $28,557.33, and fees and costs of $4,305.

2. By July 9, 2019, the Debtor shall file an amended plan that provides for full payment of the debt over the life of the plan.  The plan needs to provide for payment of interest on the principal balance, but not on the other portions of the debt.

###

COPIES TO:

Elias Leonard Dsouza, Esq.
April Harriott, Esq.
Nancy K. Neidich, Trustee