UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

PAMELA ZENA WHITE,   Case No.: 17-20610-RAM
                     Chapter 13

Debtor

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR
AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF**

COMES NOW Elias Leonard Dsouza, Esq., and Dsouza Law Group, P.A., and DCS Law Group, P.A. as Counsel for the Debtor, PAMELA ZENA WHITE, and files this motion to withdraw as counsel for Debtor, and states as follow:

1. Irreconcilable differences have risen by and between the undersigned counsel and the Debtor, such that it is not possible for the undersigned counsel to effectively represent the Debtor in this proceeding.

2. Undersign counsel respectfully requests this Honorable Court to appoint another counsel or refer Debtor to the pro bono resources that may be available within the Bankruptcy Bar of this District.

**MEMORANDUM OF LAW**

3. Pursuant to Rule 4-1-16(b) of the Rules Regulating the Florida Bar, a lawyer may withdraw from representing a client when "(1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement...[and]

1

(5) other good cause for withdrawal exists."

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910(D)(1) and (2).

Respectfully submitted on this **5th** day of July, 2019.

        **DCS LAW GROUP, P.A.**
        8751 W. Broward Boulevard
        Suite 301
        Plantation, Florida 33324
        (954) 358-5911 (Telephone)
        (954) 357-2267 (Facsimile)
        Email: elias@dsouzalegal.com

By: **/s/ Elias Leonard Dsouza**
        Elias Leonard Dsouza, Esq.
        Florida Bar No. 399477

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above Motion to Withdraw as Counsel for Debtor on: Pamela Zena White 1101 NW 60th Street, Miami, Florida 33127 and parties registered on ECF via ECF only, and all other parties on the attached list on the 5th July, 2019

        **DCS LAW GROUP, P.A.**
        8751 W. Broward Boulevard
        Suite 301
        Plantation, Florida 33324
        (954) 358-5911 (Telephone)
        (954) 357-2267 (Facsimile)
        Email: elias@dsouzalegal.com

By: **/s/ Elias Leonard Dsouza**
        Elias Leonard Dsouza, Esq.
        Florida Bar No. 399477

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 17-20610-RAM<br>Southern District of Florida<br>Miami<br>Fri Jul  5 09:39:37 EDT 2019 | OCWEN LOAN SERVICING LLC<br>ROBERTSON, ANSCHUTZ, SCHNEID, P.L.<br>6409 CONGRESS AVE<br>SUITE 100<br>BOCA RATON, FL 33487-2853 | Ocwen Loan Servicing, LLC<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Comenity Bank/Ashley Stewart<br>PO Box 182124<br>Columbus, OH  43218-2124 | Credit Collections Svc<br>PO Box 773<br>Needham, MA  02494-0918 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV  89193-8873 | Honorable Wilfredo A. Ferrer<br>US Attorney for Southern<br>99 NE 4th St<br>Miami, FL  33132-2131 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Ocwen Loan Servicing LLC<br>Attn: Bankruptcy Department<br>POB 24605<br>West Palm Beach FL 33416-4605 |
| Ocwen Loan Servicing LLC<br>Robertson, Anschutz, Schneid<br>6409 Congress Ave Ste 100<br>Boca Raton, FL  33487-2853 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach FL 33409-6493 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| PHH Mortgage Corporation<br>Bankruptcy Department<br>1 Mortgage Way, Mail Stop SV-22<br>Mt. Laurel, NJ 08054-4637 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| TD Bank USA N.A.<br>C O Weinstein & Riley, PS<br>2001 Western Ave Ste 400<br>Seattle, WA  98121-3132 | Target<br>C/O Financial & retail Services Mailstop<br>PO Box 9475<br>Minneapolis, MN  55440-9475 | Toyota Lease Trust<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Toyota Lease Trust c/o<br>PO Box 9013<br>Addison, TX  75001-9013 | Toyota Motor Credit Corp<br>PO Box 9013<br>Addison, TX  75001-9013 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Elias Leonard Dsouza<br>8751 W. Broward Blvd # 301<br>Plantation, FL 33324-2632 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |
| Pamela Zena White<br>1101 NW 60th St<br>Miami, FL 33127-1039 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| United States of America, IRS<br>c/o Matthew J. Feeley, Esq.<br>99 NE 4 St #300<br>Miami, FL 33132 | Lexus Financial Services<br>PO Box 8026<br>Cedar Rapids, IA  52408-8026 | (d)Toyota Motor Credit Corp<br>PO Box 8026<br>Cedar Rapids, IA  52408-8026 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ocwen Loan Services, LLC | (u)Ocwen Loan Servicing, LLC | (u)Toyota Motor Credit Corporation |
| (u)Miami | (d)Ocwen Loan servicing LLC<br>Attn: Bankruptcy Dept.<br>PO Box 24605<br>West Palm Beach, FL  33416-4605 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     5<br>Total                  32 |